# Exhibit 1

**Concord Police Department**                                    Page: 1

NARRATIVE FOR DETECTIVE SCOTT J CAMILLERI

Ref: 11-15070-OF

---

THE FOLLOWING IS A SUMMARY OF EVENT FOR INCIDENT 11-15070-OF:

On 10/07/11 I, Detective Scott Camilleri (SRO), received notification that Concord Carlisle High School (CCHS) student Isabella Hanke's vehicle was vandalized (keyed) while parked in the CCHS student parking lot on 10/06/11. The vehicle in question, Massachusetts registration 851MA5 a 2009 Ford Escape (Hybrid), is registered to Debra Hanke (mother).

On follow up I spoke to Isabella who advised that on Thursday 10/06/11 she arrived at CCHS at approximately 0720 hours for school and the vehicle was fine. Isabella left CCHS during her free block and returned at at approximately 1127 hours and the vehicle was still fine. Later during the day she received a text from her friend advising her vehicle had been keyed. Isabella then went out at the end of the school day at approximately 1412 hours and observed the damage to the vehicle.

I observed the keyed marks on the hood (drivers side). There were approximately 4-6 scratches/key marks. Two of the key marks were approximately two feet in length. I took photographs of the damage which are included in this report.

I asked Isabella if she had any idea who may have keyed her vehicle, recent arguments with any friends, old boyfriend etc. and Isabella said she has no idea. I advised Isabella I would investigate further and if she too could ask around to let me know.

Det. Scott Camilleri #32

# Exhibit 2

*Concord Public Schools/Concord-Carlisle Regional School District*

Bullying Prevention and Intervention Plan

**TABLE OF CONTENTS**

I.      LEADERSHIP...........................................................................................2

II.     TRAINING AND PROFESSIONAL DEVELOPMENT..............................4

III.    ACCESS TO RESOURCES AND SERVICES...........................................6

IV.     ACADEMIC AND NON-ACADEMIC ACTIVITIES.................................7

V.      POLICIES AND PROCEDURES FOR REPORTING AND RESPONDING TO BULLYING AND RETALIATION.........................................................9

VI.     COLLABORATION WITH FAMILIES....................................................15

VII.    PROHIBITION AGAINST BULLYING AND RETALIATION...............15

VIII.   DEFINITIONS.......................................................................................16

IX.     RELATIONSHIP TO OTHER LAWS....................................................17

APPENDIX A:   BULLYING PREVENTION AND INTERVENTION INCIDENT REPORTING FORM

APPENDIX B:   BULLYING PREVENTION AND INTERVENTION INCIDENT INVESTIGATION FORM

## I.    LEADERSHIP

District Leadership
* The Superintendent and her Administrative Team which includes the Deputy Superintendent, the Director of Human Resources, the Director of Special Education, the Director of Technology, the Director of Teaching and Learning, the three elementary principals, the principal of the Concord Middle School and the principal of Concord-Carlisle Regional High School
* District-Wide Committees that include the Elementary Steering Committee, the Mental Health Team, the Parent-Teacher Group (PTG) Presidents Committee.
* Concord Teachers' Association, Concord-Carlisle Teachers' Association

Building Leadership
* Elementary Principals and their Leadership Teams, School Site Councils
* Department Chairs at the Concord Middle School and the of Concord-Carlisle Regional High School
* House Leaders at the Concord Middle School
* School Advisory Councils
* Student Assistance Teams (elementary and middle schools), Clinical Team at the High School

Classroom leadership
* Faculty, staff and students

Community Leadership
* Concord Police Department
* Town of Concord Recreation Department
* Town of Concord Director of Youth Resources
* Town of Concord Resource Coordinator
* CPS and CCRSD School Committees
* PTG Presidents' Committee

All members of the school community play an important role in teaching students to be civil to one another and promoting understanding of and respect for diversity and difference. Leadership is responsible for ensuring that all members of the school community understand the bullying prevention plan, their responsibility for implementing it and their responsibility for modeling respectful and responsible behavior.

A.  Public involvement in developing the Plan.

The Mental Health Team of CPS and CCRSD (K12) (comprised of school counselors, school psychologists, school social workers, the Director of Special Education, the Director of the Center for Teachers and Parents and the Director of Teaching and Learning.) convened to draft the Bullying Prevention and Intervention Plan. This group, with input from District leadership, will set priorities and provide district leadership with current research on ways to prevent and effectively respond to bullying.

The Draft was reviewed by
* the CPS/CCRSD Administrative Team (comprised of the elementary, middle and high

2

*CPS/CCRSD BULLYING PREVENTION PLAN*

school Principals, the superintendent of schools, the director of Special Education, the Director of Human Resources/Title IX Coordinator and the Deputy Superintendent).

- the School Advisory Councils at each School (Alcott, Thoreau and Willard Elementary Schools, Concord Middle School and Concord-Carlisle Regional High School
- the School Resource Officer
- The Student Senate at CCRSD and the Student Council at CMS
- The Draft was posted to the School District's website for public comment on November 24, 2010.
- Feedback from the various constituencies was considered in revising the draft before sending it to the school committee for approval/adoption
- School Committee approved the plan on December 14, 2010

B.    Assessing needs and resources.

The district leadership team, with input from families and staff, will:
- assess the adequacy of current programs;
- review current policies and procedures;
- review available data on bullying and behavioral incidents; and,
- assess available resources including curricula, training programs, and behavioral health services.

Based on our findings, we will:
- revise or develop policies and procedures;
- establish partnerships with community agencies, including law enforcement; and,
- set priorities.

Needs Assessments:

1) The district will conduct a school climate and school safety survey that will be administered students, staff, parents, and guardians. (District Leadership Team, Early Spring 2011)
2) Each school will use X2 (the student information management system) to collect and analyze building-specific data on incidents of unkind and bullying behaviors. The analysis will include identifying vulnerable populations and "hot spots" in school buildings, on school grounds, and on school buses.  (Building Principals, Spring 2011)
3) Analyze results from the 2010 Youth Risk Behavior Survey (Fall, 2010)
4) Survey results and incident reports from X2 will be used to identify patterns of behaviors and areas of concern, and will inform decision-making for prevention strategies including, but not limited to, adult supervision, professional development, age-appropriate curricula, and in-school support services.

C. Planning and oversight.

Building Principals are responsible for the following tasks under the Plan:
- receiving reports on bullying;
- investigating reports of bullying
- collecting and analyzing school-wide data on bullying to assess the present problem and to measure improved outcomes;
- supervising the implementation of  the bullying prevention curricula
- supervising building personnel with regard to their compliance with the plan

District Leadership is responsible for the following tasks under the Plan:

*CPS/CCRSD BULLYING PREVENTION PLAN*

- creating a process for recording and tracking incident reports, and for accessing information related to targets and aggressors;
- planning for the ongoing professional development that is required by the law;
- planning supports that respond to the needs of targets and aggressors;
- choosing the curricula that the schools will use;
- developing new or revising current policies and protocols under the Plan, including an Internet safety policy, and designating key staff to be in charge of implementation of them;
- amending student and staff handbooks and codes of conduct;
- leading the parent or family engagement efforts and drafting parent information materials; and,
- reviewing and updating the Plan annually, or as needed.

D. Developing priority statements.

- The district expects that all members of the school community will treat each other in a civil manner and with respect for differences.

- The district is committed to providing all students with a safe learning environment that is free from bullying and cyber-bullying. This commitment is an integral part of our comprehensive efforts to promote learning, and to prevent and eliminate all forms of bullying and other harmful and disruptive behavior that can impede the learning process.

- We understand that members of certain student groups, such as students with disabilities, students who are gay, lesbian, bisexual, or transgender, and homeless students may be more vulnerable to becoming targets of bullying, harassment, or teasing. The district will take specific steps to create a safe, supportive environment for vulnerable populations in the school community, and provide all students with the skills, knowledge, and strategies to prevent or respond to bullying, harassment, or teasing.

- We will not tolerate any unlawful or disruptive behavior, including any form of bullying, cyberbullying, or retaliation, in our school buildings, on school grounds, or in school-related activities. We will investigate promptly all reports and complaints of bullying, cyberbullying, and retaliation, and take prompt action to end that behavior and restore the target's sense of safety. We will support this commitment in all aspects of our school community, including curricula, instructional programs, staff development, extracurricular activities, and parent or guardian involvement.

- The Bullying Prevention and Intervention Plan ("Plan") is a comprehensive approach to addressing bullying and cyberbullying, and the district is committed to working with students, staff, families, law enforcement agencies, and the community to prevent issues of violence. In consultation with these constituencies, we have established this Plan for preventing, intervening, and responding to incidents of bullying, cyberbullying, and retaliation. The principal is responsible for the implementation and oversight of the Plan at his/her school.

## II.   TRAINING AND PROFESSIONAL DEVELOPMENT

The District will provide ongoing professional development for all staff, including but not limited to, educators, administrators, counselors, school nurses, cafeteria workers, custodians, bus

4

drivers, athletic coaches, advisors to extracurricular activities, and paraprofessionals.

A. <u>Annual staff training on the Plan</u>. Annual training for all school staff on the Plan will include expectations for staff and their duties under the Plan, an overview of the steps that the principal or designee will follow upon receipt of a report of bullying or retaliation, and an overview of the bullying prevention curricula to be offered at all grades throughout the school or district. Staff members hired after the start of the school year will participate in school-based training during the school year in which they are hired, unless they can demonstrate participation in an acceptable and comparable program within the last two years.

B. <u>Ongoing professional development</u>. The goal of professional development is to establish a common understanding of tools necessary for staff to create a school climate that promotes safety, civil communication, and respect for differences. Professional development will build the skills of staff members to prevent, identify, and respond to bullying. As required by M.G.L. c. 71, § 37O, the content of school-wide and district-wide professional development will be informed by research and will include information on:

(i) developmentally (or age-) appropriate strategies to prevent bullying;
(ii) developmentally (or age-) appropriate strategies for immediate, effective interventions to stop bullying incidents;
(iii) information regarding the complex interaction and power differential that can take place between and among an aggressor, target, and witnesses to the bullying;
(iv) research findings on bullying, including information about specific categories of students who have been shown to be particularly at risk for bullying in the school environment;
(v) information on the incidence and nature of cyber-bullying; and
(vi) Internet safety issues as they relate to cyber-bullying.

Professional development will also address ways to prevent and respond to bullying or retaliation for students with disabilities that must be considered when developing students' Individualized Education Programs (IEPs). This will include a particular focus on the needs of students with autism or students whose disability affects social skills development.

Additional areas for professional development include:

* promoting and modeling the use of respectful language;
* fostering an understanding of and respect for diversity and difference;
* building relationships and communicating with families;
* constructively managing classroom behaviors;
* using positive behavioral intervention strategies;
* applying constructive disciplinary practices;
* teaching students skills including positive communication, mindfulness, anger management, and empathy for others;
* engaging students in school and classroom planning and decision-making;
* maintaining a safe and caring classroom for all students;
* integrating kindness and mindfulness into the school-wide culture;
* articulating these skills to facilitate the transition from elementary to middle school and middle school to high school; and,
* integrating social competency and digital citizenship into the curriculum

C. <u>Written notice to staff</u>. The district will provide all faculty and staff with an annual written

notice of the Plan by publishing information about it, including sections related to staff duties, in the school or district employee handbook and the code of conduct. Faculty and staff will be required to "sign off" on required training to document their participation.

## III.   ACCESS TO RESOURCES AND SERVICES

### A.  Identifying resources

The Concord Public Schools have the following staff that is qualified to provide counseling and other services for targets, aggressors, and their families. The staff listed assists their school in developing safety plans for students who have been targets of bullying or retaliation, providing social skills programs to prevent bullying, and offering education and/or intervention services for students exhibiting bullying behaviors.

- Grades K through 5 staffing includes a school psychologist and school social worker at each of the three elementary schools, and district-wide behavior specialist.
- Grades 6 through 8 staffing includes a school psychologist, four guidance counselors, and on-call psychologist.

The Concord-Carlisle Regional School District has the following staff that is qualified to provide counseling and other services for targets, aggressors, and their families. The staff listed assists their school in developing safety plans for students who have been targets of bullying or retaliation, providing social skills programs to prevent bullying, and offering education and/or intervention services for students exhibiting bullying behaviors.

- Grades 9 through 12 staffing includes 3 school psychologists, 4 social workers, 8 guidance counselors and on call psychologist.

The school climate and safety survey that will be administered to students, staff, parents, and guardians in the December of 2010, will assist us in evaluating the staffing we have in place as well as identify the need for additional resources and staff.

### B.  Counseling and other services.

The Concord Public Schools and the Concord-Carlisle Regional School District participate in the METCO program. All faculty are required to take Encouraging Multicultural Initiatives (EMI) to better understand issues related to racism and discrimination. District Leadership expects that the lessons learned in this course will be incorporated into each teacher's classroom management strategies. Additionally, we have a guidance counselor whose primary function is to supplement regular guidance services to better meet the needs of our Boston students and their families. We also take advantage of counselors and social worker at METCO, Inc. in Boston.

Additionally, the Concord Public Schools and the Concord-Carlisle Regional School District support Gay, Lesbian, Bisexual, Transgender and straight identifying students. The Spectrum at CCHS has been in existence for 20 years and is an organization whose mission is to eliminate homophobic comments and the bullying of gay students.

Services and programs that CPS and CCRSD offer include:
- Weekly Clinical Team Meeting at CCHS

6

*CPS/CCRSD BULLYING PREVENTION PLAN*

- Weekly Mental Health Team meetings at the elementary schools and the middle schools
- Access to school guidance services, school psychologist and Special Education Services
- Transition to outside therapy
- Intake program at CCHS for students returning from hospitalization or who have school avoidance (Lighthouse)
- Child study teams
- Counselor referral forms for teachers
- K12 Mental Health Team
- Monthly and as needed consultation with outside mental health professionals contracted by the districts
- Community resources connecting with staff
- Behavior modification plans ·
- Media literacy curriculum
- Social pragmatics course at the elementary level (Open Circle)
- Social skills groups with counselors (K12)
- Functional Behavior Assessments
- Behavior plans
- The Network (transition program for 9th graders)
- District behavior specialist

The school climate and safety survey that will be administered students, staff, parents, and guardians in the spring of 2011, will assist us in evaluating the programs we have in place as well as identify needed resources and services.

C. Students with disabilities.

As required by M.G.L. c. 71B, § 3, as amended by Chapter 92 of the Acts of 2010, when the IEP Team determines the student has a disability that affects social skills development or the student may participate in or is vulnerable to bullying, harassment, or teasing because of his/her disability, the Team will consider what should be included in the IEP to develop the student's skills and proficiencies to avoid and respond to bullying, harassment, or teasing.

D. Referral to outside services.

The Concord Public Schools and the Concord-Carlisle Regional School district has establish a referral protocol for referring students and families to outside services using Project Interface Project INTERFACE maintains a mental health and wellness referral help line. It is a free, confidential referral service for participating communities. Callers are matched from an extensive database of licensed mental health providers. Each referral meets the location, insurance, and specialty needs of the caller.

IV.   ACADEMIC AND NON-ACADEMIC ACTIVITIES

A. Specific bullying prevention approaches.

Bullying prevention curricula will be informed by current research which, among other things, emphasizes the following approaches:

- using scripts and role plays to develop skills;
- engages students as active participants in the creation of PSA, podcasts and videos about bullying prevention behaviors and mindfulness;

7

*CPS/CCRSD BULLYING PREVENTION PLAN*

- empowering students to take action by knowing what to do when they witness other students engaged in acts of bullying or retaliation, including seeking adult assistance;
- helping students understand the dynamics of bullying and cyber-bullying, including the underlying power imbalance;
- emphasizing cyber-safety, including safe and appropriate use of electronic communication technologies;
- enhancing students' skills for developing empathy and engaging in healthy relationships and respectful communications;
- developing students' skills for resilience;
- engaging students in a safe, supportive school environment that is respectful of diversity and difference; and,
- developing student understanding that all members of the school community including themselves are responsible for understanding and following through with the plan.

Each school will begin the school year with an assembly and class meetings to review the Bulling Prevention Plan. This will be followed-up by small group instruction on specific parts of the plan.

Additionally, schools will engage students to create messages and visual reminders that will be displayed around the school which support kindness and "upstanding" behaviors. Instructional technology specialists will create a digital behavior checklist to remind students of their responsibilities as good digital citizens. We will create a bus behavior contract, a bulleted list of key things that students need to do to be respectful and appropriate on the bus. We will expect parents to discuss the contract with their child, sign it and return it to the school.

Currently, grades K through 5 have Open Circle and Lesson One as a social skills curriculum. Grades 6 through 8 learn about making healthy decision-making in Health class. Grades 9 through 12 about making healthy decision-making in Health class and the Freshman Advisory program helps students address social issues and transition issues at our high school.

B. General teaching approaches that support bullying prevention efforts. The following approaches are integral to establishing a safe and supportive school environment. These underscore the importance of our bullying intervention and prevention initiatives:

- setting clear expectations for students and establishing school and classroom routines;
- creating safe school and classroom environments for all students, including for students with disabilities, lesbian, gay, bisexual, transgender students, and homeless students;
- using appropriate and positive responses and reinforcement, even when students require discipline;
- using positive behavioral supports;
- encouraging adults to develop positive relationships with students;
- modeling, teaching, and rewarding pro-social, healthy, and respectful behaviors;
- using positive approaches to behavioral health, including collaborative problem-solving, conflict resolution training, teamwork, and positive behavioral supports that aid in social and emotional development;
- using the Internet safely; and
- supporting students' interest and participation in non-academic and extracurricular activities, particularly in their areas of strength.

*CPS/CCRSD BULLYING PREVENTION PLAN*

- empowering students to take action by knowing what to do when they witness other students engaged in acts of bullying or retaliation, including seeking adult assistance;
- helping students understand the dynamics of bullying and cyber-bullying, including the underlying power imbalance;
- emphasizing cyber-safety, including safe and appropriate use of electronic communication technologies;
- enhancing students' skills for developing empathy and engaging in healthy relationships and respectful communications;
- developing students' skills for resilience;
- engaging students in a safe, supportive school environment that is respectful of diversity and difference; and,
- developing student understanding that all members of the school community including themselves are responsible for understanding and following through with the plan.

Each school will begin the school year with an assembly and class meetings to review the Bulling Prevention Plan. This will be followed-up by small group instruction on specific parts of the plan.

Additionally, schools will engage students to create messages and visual reminders that will be displayed around the school which support kindness and "upstanding" behaviors. Instructional technology specialists will create a digital behavior checklist to remind students of their responsibilities as good digital citizens.   We will create a bus behavior contract, a bulleted list of key things that students need to do to be respectful and appropriate on the bus.  We will expect parents to discuss the contract with their child, sign it and return it to the school.

Currently, grades K through 5 have Open Circle and Lesson One as a social skills curriculum.   Grades 6 through 8 learn about making healthy decision-making in Health class.   Grades 9 through 12 about making healthy decision-making in Health class and the Freshman Advisory program helps students address social issues and transition issues at our high school.

B.  <u>General teaching approaches that support bullying prevention efforts</u>.  The following approaches are integral to establishing a safe and supportive school environment.  These underscore the importance of our bullying intervention and prevention initiatives:

- setting clear expectations for students and establishing school and classroom routines;
- creating safe school and classroom environments for all students, including for students with disabilities, lesbian, gay, bisexual, transgender students, and homeless students;
- using appropriate and positive responses and reinforcement, even when students require discipline;
- using positive behavioral supports;
- encouraging adults to develop positive relationships with students;
- modeling, teaching, and rewarding pro-social, healthy, and respectful behaviors;
- using positive approaches to behavioral health, including collaborative problem-solving, conflict resolution training, teamwork, and positive behavioral supports that aid in social and emotional development;
- using the Internet safely; and
- supporting students' interest and participation in non-academic and extracurricular activities, particularly in their areas of strength.

8

There are a number of activities the schools within our districts are doing to engage students to create a sense of belonging and community and that encourage thoughtful and kind behavior. These include:

- Peer mentors at the middle school
- Teen buddies (a partnership between high schools students and elementary students)
- Peace table for problem-solving
- Positive behavior plans
- Community service initiatives
    CCHS students donated over 10,000 hours of community service to the surrounding communities in 2009-10. Every student is required to perform 40 hours of community service in order to graduate. Performing community service is a research-based way of creating a positive school climate.
- Incident management teams
- METCO family Friends and Mentors
- Student support teams
- Lunch groups
- Cross grade buddies
- "Spectrum" CCHS's GLBT/Straight Alliance
    Spectrum has been supporting GLBT and straight identifying student for over twenty years at CCHS. Habits of Mind curriculum at the middle school
- Concord quality and Concord Kindness Award
- Freshmen Advisory 2010 - 11
    All freshmen students participate in a program that provides them with two upperclassmen mentors and a faculty advisor. Students who have had difficulties with harassment have already come forward and shared their concerns with their mentors, who in turn, let an adult know. We also know that over 50 upper class leaders are setting a very positive tone for our school climate.  The Freshman Advisory was developed based on *Changing Systems to Personalize Learning: The Power of Advisories* from the Education Alliance at Brown University.
- Student Advisory 2011-12
    CCHS is creating a school-wide advisory program that will personalize the CCHS learning experience for every student. This program will start for all students 9-12 in the Fall 2011. It will provide all students with an adult advocate to help them navigate and access learning resources and make connections. The program will include a Bullying Curriculum that will be administered throughout the year. The Student Advisory program will be developed based on *Changing Systems to Personalize Learning: The Power of Advisories* from the Education Alliance at Brown University.

## V.    POLICIES AND PROCEDURES FOR REPORTING AND RESPONDING TO BULLYING AND RETALIATION

### A.   Reporting Incidents of Hurtful Behavior and Bullying or Retaliation

Hurtful Behavior – Any and all verbal, written, physical or electronic attempt to harm another person or their property should be reported to the principal or his/her designee immediately. Reports may be verbally or in writing.  Electronic communication used to report an incident

should not include students' full names.

Bullying or retaliation.  Reports of bullying or retaliation may be made by staff, students, parents or guardians, or others, and may be oral or written.  Oral reports made by or to a staff member shall be recorded in writing.  A school or district staff member is required to report immediately to the principal or designee any instance of bullying or retaliation the staff member becomes aware of or witnesses.  Reports made by students, parents or guardians, or other individuals who are not school or district staff members, may be made anonymously.  The school or district will make a variety of reporting resources available to the school community including, but not limited to, an Incident Reporting Form,[1] a voicemail box, a dedicated mailing address, and an email address.

Use of an Incident Reporting Form is not required as a condition of making a report, however, the person receiving the report will be required to document the incident.

The school or district will: 1) include a copy of the Incident Reporting Form in the beginning of the year packets for students and parents or guardians; 2) make it available in the school's main office, the counseling office, the school nurse's office, and other locations determined by the principal or designee; and 3) post it on the school's website.  The Incident Reporting Form will be made available in the most prevalent language(s) of origin of students and parents or guardians.

At the beginning of each school year, the school or district will provide the school community, including administrators, staff, students, and parents or guardians, with written notice of its policies for reporting acts of bullying and retaliation.  A description of the  reporting procedures and resources, including the name and contact information of the principal or designee, will be incorporated in student and staff handbooks, on the school or district website, and in information about the Plan that is made available to parents or guardians.

Faculty, staff, parents and students will be required to sign a statement indicating that they have received and read the district's policies and procedures.  The schools will keep a record of these signed statements.

## Reporting by Staff

A staff member will report immediately to the principal or designee when he/she witnesses or becomes aware of conduct that may be hurtful, bullying or retaliation.  It is the responsibility of the staff member to intervene to the behavioral incidents consistent with district's policies and procedures for behavior management and discipline first and then report it to the principal or designee as previously indicated.  Our district regards faculty and staff's obligation to report as analogous to the mandate to report child abuse or neglect (51A).

## Reporting by Students

Students, who believe themselves to be a target of bullying, who observe an act of bullying, or who have reasonable grounds to believe that these behaviors are taking place, are encouraged to report incidents to a member of the school staff. The target or witness shall not, however, be subject to discipline for failing to report bullying.

---

[1] See Appendix A for Sample Incident Reporting Form.

Students may request assistance from a staff member to complete a written report.  Students will be provided practical, safe, private and age-appropriate ways to report and discuss an incident of bullying with a staff member, or with the principal or designee.

### Reporting by Parents or Guardians, and Others

The district expects parents or guardians, and others who witness or become aware of an instance of bullying or retaliation involving a student to report it to the principal or designee. Reports may be made anonymously, but no disciplinary action will be taken against an alleged aggressor solely on the basis of an anonymous report.  Students, parents or guardians, and others may request assistance from a staff member to complete a written report.

Reporters need to understand that any report of bullying and retaliation requires the school to conduct an initial investigation. If you call to make a report, it will be documented and investigated if appropriate.  Because of the school's responsibility to prevent bullying and intervene when incidents of hurtful behavior or bullying occur, it is advisable to file a report even if it isn't a complaint.

Students, parents or guardians, and others who want to report an instance of bullying or retaliation involving a student will be able to access a PDF version of our Reporting Form on our website.  A hard copy of our Reporting From will be included in our back to school packets and will be available in school and district offices.  The District will consider establishing a telephone "tip line."

### B.  Responding to a report of bullying or retaliation.

### Safety

Before fully investigating the allegations of bullying or retaliation, the principal or designee will take steps to assess the need to restore a sense of safety to the alleged target and/or to protect the alleged target from possible further incidents.  Responses to promote safety will include, but not be limited to, creating a personal safety plan; pre-determining seating arrangements for the target and/or the aggressor in the classroom, at lunch, or on the bus; identifying a staff member who will act as a "safe person" for the target; and altering the aggressor's schedule and access to the target.  The principal or designee will take additional steps to promote safety during the course of and after the investigation, as necessary.

The principal or designee will implement appropriate strategies for protecting from bullying or retaliation a student who has reported bullying or retaliation, a student who has witnessed bullying or retaliation, a student who provides information during an investigation, or a student who has reliable information about a reported act of bullying or retaliation.

### Obligations to Notify Others

a.  Notice to parents or guardians.  Upon determining that bullying or retaliation has occurred, the principal or designee will promptly notify the parents or guardians of the target and the aggressor of this, and of the procedures for responding to it.  There may be circumstances in which the principal or designee contacts parents or guardians prior to any investigation.  Notice will be consistent with state regulations at 603 CMR 49.00.

The principal or designee will promptly notify the parents or guardians of the target and the aggressor about the results of the investigation and, if bullying or retaliation is found, what action is being taken to prevent further acts of bullying or retaliation. All notice to parents will comply with applicable state and federal privacy laws and regulations. Because of the legal requirements regarding the confidentiality of student records, the principal or designee cannot report specific information to the target's parent or guardian about the disciplinary action taken unless it involves a "stay away" order or other directive that the target must be aware of in order to report violations.

b.  Notice to Another School or District. If the reported incident involves students from more than one school district, charter school, non-public school, approved private special education day or residential school, or collaborative school, the principal or designee first informed of the incident will promptly notify by telephone the principal or designee of the other school(s) of the incident so that each school may take appropriate action. All communications will be in accordance with state and federal privacy laws and regulations, and 603 CMR 49.00.

c.  Notice to Law Enforcement. At any point after receiving a report of bullying or retaliation, including after an investigation, if the principal or designee has a reasonable basis to believe that criminal charges may be pursued against the aggressor, the principal will notify the local law enforcement agency. Notice will be consistent with the requirements of 603 CMR 49.00 and locally established agreements with the local law enforcement agency. Also, if an incident occurs on school grounds and involves a former student under the age of 21 who is no longer enrolled in school, the principal or designee shall contact the local law enforcement agency if he or she has a reasonable basis to believe that criminal charges may be pursued against the aggressor.

In making this determination, the principal will, consistent with the Plan and with applicable school or district policies and procedures, consult with the school resource officer, if any, and other individuals the principal or designee deems appropriate.

3. Investigation.

The Principal or designee, upon receipt of a viable report, will promptly contact the parents or guardians of a student who has been the alleged target or alleged perpetrator of bullying. The actions being taken to prevent further acts of bullying will be discussed.

The school principal or a designee will promptly investigate the report of bullying, using a Report Form designed to document either hurtful behavior, bullying or retaliation. The investigation may include interviewing the alleged target, alleged perpetrator, staff members, students and/or witnesses.

The Principal or designee will assess an alleged target's needs for protection and create and implement a safety plan that shall restore a sense of safety for that student.

Confidentiality will be used to protect a person who reports bullying, provides information during an investigation of bullying, or is witness to or has reliable information about an act of bullying.

If the school principal or a designee determines that bullying has occurred, he/she will take appropriate disciplinary action and if it is believed that criminal charges may be pursued against

12

the perpetrator, the principal will consult with the school's resource officer and the Superintendent to determine if criminal charges are warranted. If it is determined that criminal charges are warranted, the local law enforcement agency shall be notified.

The Principal or designee will contact the parents or guardians as to the status of the investigation. Upon completion of the investigation, the parents or guardians will be contacted and informed of the results, including whether the allegations were found to be factual, whether a violation of this policy was found, and whether disciplinary action has or shall be taken.

Disciplinary actions for students who have committed an act of bullying or retaliation will be in accordance with district disciplinary policies.

Each school will document any incident of bullying that is reported per this policy and a file will be maintained by the Principal or designee.

Confidentiality will be maintained to the extent consistent with the school's obligations under law.

The principal or designee will investigate promptly all reports of bullying or retaliation and, in doing so, will consider all available information known, including the nature of the allegation(s) and the ages of the students involved.

During the investigation the principal or designee will, among other things, interview students, staff, witnesses, parents or guardians, and others as necessary. The principal or designee (or whoever is conducting the investigation) will remind the alleged aggressor, target, and witnesses that retaliation is strictly prohibited and will result in disciplinary action.

Interviews may be conducted by the principal or designee, other staff members as determined by the principal or designee, and in consultation with the school counselor, as appropriate. To the extent practicable, and given his/her obligation to investigate and address the matter, the principal or designee will maintain confidentiality during the investigative process. The principal or designee will maintain a written record of the investigation.

Procedures for investigating reports of bullying and retaliation will be consistent with school or district policies and procedures for investigations.  If necessary, the principal or designee will consult with legal counsel about the investigation. Determinations.

The principal or designee will make a determination based upon all of the facts and circumstances.  If, after investigation, bullying or retaliation is substantiated, the principal or designee will take steps reasonably calculated to prevent recurrence and to ensure that the target is not restricted in participating in school or in benefiting from school activities.  The principal or designee will: 1) determine what remedial action is required, if any, and 2) determine what responsive actions and/or disciplinary action is necessary.

Depending upon the circumstances, the principal or designee may choose to consult with the students' teacher(s) and/or school counselor, and the target's or aggressor's parents or guardians, to identify any underlying social or emotional issue(s) that may have contributed to the bullying behavior and to assess the level of need for additional social skills development.

The principal or designee will promptly notify the parents or guardians of the target and the aggressor about the results of the investigation. If bullying or retaliation is found, the action

13

*CPS/CCRSD BULLYING PREVENTION PLAN*

being taken to prevent further acts of bullying or retaliation will be communicated to the parents of the aggressor. All notice to parents must comply with applicable state and federal privacy laws and regulations. Because of the legal requirements regarding the confidentiality of student records, the principal or designee cannot report specific information to the target's parent or guardian about the disciplinary action taken unless it involves a "stay away" order or other directive that the target must be aware of in order to report violations. If bullying or retaliation is found, the parents of the target will be informed of the school's plan to monitor the situation and to help ensure the safety of their child.

E. Responses to Bullying

1. Teaching Appropriate Behavior Through Skills-building

Upon the principal or designee determining that bullying or retaliation has occurred, the law requires that the school use a range of responses that balance the need for accountability with the need to teach appropriate behavior to the aggressor. M.G.L. c. 71, § 37O(d)(v). Skill-building approaches that the principal or designee may consider include:

- offering individualized skill-building sessions based on the school's/district's anti-bullying curricula;
- providing relevant educational activities for individual students or groups of students, in consultation with guidance counselors and other appropriate school personnel;
- implementing a range of academic and nonacademic positive behavioral supports to help students understand pro-social ways to achieve their goals;
- meeting with parents and guardians to engage parental support and to reinforce the anti-bullying curricula and social skills building activities at home;
- adopting behavioral plans to include a focus on developing specific social skills; and
- making a referral for evaluation.

2. Taking Disciplinary Action

If the principal or designee decides that disciplinary action is appropriate, the disciplinary action will be determined on the basis of facts found by the principal or designee, including the nature of the conduct, the age of the student(s) involved, and the need to balance accountability with the teaching of appropriate behavior. Discipline will be consistent with the Plan and with the school's or district's code of conduct.

Discipline procedures for students with disabilities are governed by the federal Individuals with Disabilities Education Improvement Act (IDEA), which should be read in cooperation with state laws regarding student discipline.

If the principal or designee determines that a student knowingly made a false allegation of bullying or retaliation, that student may be subject to disciplinary action.

3. Promoting Safety for the Target and Others

The principal or designee will consider what adjustments, if any, are needed in the school environment to enhance the target's sense of safety and that of others as well. Possible strategies may include but are not limited to

14

- Increasing adult supervision at transition times and in locations where bullying is known to have occurred or is likely to occur,
- Adjust transportation arrangements
- Change schedule
- Teaching skills that will increase the child's resiliency
- Notify relevant faculty and staff to alert them to the need for increased vigilance

4. Follow-up

Within a reasonable period of time following the determination and the ordering of remedial and/or disciplinary action, the principal or designee will contact the target to determine whether there has been a recurrence of the prohibited conduct and whether additional supportive measures are needed. If so, the principal or designee will work with appropriate school staff to implement them immediately.

## VI.   COLLABORATION WITH FAMILIES

A. _Parent education and resources._ The district offers education programs for parents and guardians that are focused on the parental components of the anti-bullying curricula and any social competency curricula used by the district or school. The programs are offered through our

- Center for Teachers and Parents
- Open Circle Program
- Concord-Carlisle Parent Initiative Organization
- Parent Teacher Groups
- Special Education Parent Advisory

We also benefit from partnerships with community organization such as
The Massachusetts Department of Mental Health

- The Elliot Center
- The Concord Clergy Laity Group
- Project Interface
- The Concord-Carlisle Community Chest
- The Concord Youth Services Coordinator
- Social Worker for the Town of Concord
- Concord Police Department – School Resource Officer

B. _Notification requirements._ Each year the school or district will inform parents or guardians of enrolled students about the anti-bullying curricula that are being used. This notice will include information about the dynamics of bullying, including cyberbullying and online safety. The school or district will send parents written notice each year about the student-related sections of the Plan and the school's or district's Internet safety policy. All notices and information made available to parents or guardians will be in hard copy and electronic formats, and will be available in the language(s) most prevalent among parents or guardians. The school or district will post the Plan and related information on its website.

## VII.   PROHIBITION AGAINST BULLYING AND RETALIATION

*The law requires each Plan to include a statement prohibiting bullying, cyberbullying, and retaliation. The statement must be included in the Plan and included in the student code of conduct, the student handbook, and the staff handbook.  The following statement is incorporated directly from M.G.L. c. 71, § 37O(b), and describes the law's requirements for the prohibition of bullying.  It may be tailored to meet the specific priorities of the school or district. Alternative language is included in the draft priority statements in Part I.D above.*

Acts of bullying, which include cyberbullying, are prohibited:

   (i) on school grounds and property immediately adjacent to school grounds, at a school-sponsored or school-related activity, function, or program whether on or off school grounds, at a school bus stop, on a school bus or other vehicle owned, leased, or used by a school district or school; or through the use of technology or an electronic device owned, leased, or used by a school district or school, and

   (ii) at a location, activity, function, or program that is not school-related through the use of technology or an electronic device that is not owned, leased, or used by a school district or school, if the acts create a hostile environment at school for the target or witnesses, infringe on their rights at school, or materially and substantially disrupt the education process or the orderly operation of a school.

Retaliation against a person who reports bullying, provides information during an investigation of bullying, or witnesses or has reliable information about bullying is also prohibited.

As stated in M.G.L. c. 71, § 37O, nothing in this Plan requires the district or school to staff any non-school related activities, functions, or programs.

## VIII.    DEFINITIONS

*Several of the following definitions are copied directly from M.G.L. c. 71, § 37O, as noted below. Schools or districts may add specific language to these definitions to clarify them, but may not alter their meaning or scope.  Plans may also include additional definitions that are aligned with local policies and procedures.*

<u>Aggressor</u> is a student who engages in bullying, cyberbullying, or retaliation.

<u>Bullying</u>, as defined in M.G.L. c. 71, § 37O, is the repeated use by one or more students of a written, verbal, or electronic expression or a physical act or gesture or any combination thereof, directed at a target that:

   i.  causes physical or emotional harm to the target or damage to the target's property;

   ii.  places the target in reasonable fear of harm to himself or herself or of damage to his or her property;

   iii.  creates a hostile environment at school for the target;

   iv.  infringes on the rights of the target at school; or

   v.  materially and substantially disrupts the education process or the orderly operation of a school.

<u>Cyberbullying</u>, is bullying through the use of technology or electronic devices such as telephones, cell phones, computers, and the Internet.  It includes, but is not limited to, email, instant messages, text messages, and Internet postings.  See M.G.L. c. 71, § 37O for the legal definition of cyberbullying.

16

Hostile environment, as defined in M.G.L. c. 71, § 37O, is a situation in which bullying causes the school environment to be permeated with intimidation, ridicule, or insult that is sufficiently severe or pervasive to alter the conditions of a student's education.

Retaliation is any form of intimidation, reprisal, or harassment directed against a student who reports bullying, provides information during an investigation of bullying, or witnesses or has reliable information about bullying.

Staff includes, but is not limited to, educators, administrators, counselors, school nurses, cafeteria workers, custodians, bus drivers, athletic coaches, advisors to extracurricular activities, support staff, or paraprofessionals.

Target is a student against whom bullying, cyberbullying, or retaliation has been perpetrated.

## IX.    RELATIONSHIP TO OTHER LAWS

Consistent with state and federal laws, and the policies of the school or district, no person shall be discriminated against in admission to a public school of any town or in obtaining the advantages, privilege and courses of study of such public school on account of race, color, sex, religion, national origin, or sexual orientation.  Nothing in the Plan prevents the school or district from taking action to remediate discrimination or harassment based on a person's membership in a legally protected category under local, state, or federal law, or school or district policies.

In addition, nothing in the Plan is designed or intended to limit the authority of the school or district to take disciplinary action or other action under M.G.L. c. 71, §§ 37H or 37H½, other applicable laws, or local school or district policies in response to violent, harmful, or disruptive behavior, regardless of whether the Plan covers the behavior.

- Students, who believe that they are a target of bullying, observe an act of bullying, or who have reasonable grounds to believe that these behaviors are taking place, are encouraged to report incidents to a member of the school staff. The target shall, however, not be subject to discipline for failing to report bullying.
- Each school shall have a means for anonymous reporting by students of incidents of bullying. No formal disciplinary action shall be taken solely on the basis of an anonymous report.
- Any student who knowingly makes a false accusation of bullying shall be subject to disciplinary action.
- Parents or guardians, or members of the community, are encouraged to report an incident of bullying as soon as possible.
- A member of a school staff shall immediately report any instance of bullying the staff member has witnessed or become aware of to the school principal or their designee.

17

# BULLYING PREVENTION AND INTERVENTION INCIDENT INVESTIGATION FORM

1. Name of Reporter/Person Filing the Report:

_____

(Note: Reports may be made anonymously, but no disciplinary action will be taken against an alleged aggressor solely on the
basis of an anonymous report.)

2. Check whether you are the:    Target of the behavior ☐         Reporter (not the target)   ☐

3. Check whether you are a:    ☐ Student    ☐ Staff member (specify role) _____

☐ Parent    ☐ Administrator    ☐ Other (specify) _____

Your contact information/telephone number: _____

4. If student, state your school: _____    Grade: _____

5. If staff member, state your school or work site: _____

6. Information about the Incident:

Name of Target (of behavior): _____

Name of Aggressor (Person who engaged in the behavior): _____

Date(s) of Incident(s): _____

Time When Incident(s) Occurred: _____

Location of Incident(s) (Be as specific as possible): _____

7. Witnesses (List people who saw the incident or have information about it):

Name: _____    ☐ Student ☐ Staff ☐ Other

_____

Name: _____    ☐ Student ☐ Staff ☐ Other

_____

Name: _____    ☐ Student ☐ Staff ☐ Other

_____

8. Describe the details of the Incident (including names of people involved, what occurred, and what each person did and said, including specific words used). Please use additional space on back if necessary.

18

*CPS/CCRSD BULLYING PREVENTION PLAN*

FOR ADMINISTRATIVE USE ONLY

9. Signature of Person Filing this Report: _____ Date: _____
(Note: Reports may be filed anonymously.)

10: Form Given to:_____ Position: _____ Date: _____

Signature: _____ Date Received: _____

## II. INVESTIGATION

1.   Investigator(s):_____ Position(s):_____

2.   Interviews:

☐ Interviewed aggressor      Name: _____ Date: _____

☐ Interviewed target         Name: _____ Date: _____

☐ Interviewed witnesses      Name: _____ Date: _____

                             Name: _____ Date: _____

3.   Any prior documented Incidents by the aggressor?      ☐ Yes   ☐ No

     If yes, have incidents involved target or target group previously?      ☐ Yes      ☐ No

     Any previous incidents with findings of BULLYING, RETALIATION     ☐ Yes   ☐ No

Summary of Investigation:

(Please use additional paper and attach to this document as needed)

## III. CONCLUSIONS FROM THE INVESTIGATION

1. Finding of bullying or retaliation:

                    ☐ YES                                          ☐ NO

          ☐ Bullying              ☐ Incident documented as _____

          ☐ Retaliation           ☐ Discipline referral only_____

2. Contacts:

     ☐ Target's parent/guardian   Date:_____ ☐ Aggressor's parent/guardian   Date: _____

     ☐ District Equity Coordinator (DEC) Date: _____   ☐ Law Enforcement    Date: _____

*CPS/CCRSD BULLYING PREVENTION PLAN*

3. **Action Taken:**

~~☐ Loss of Privileges     ☐ Detention     ☐ STEP referral     ☐ Suspension~~

☐ Community Service   ☐ Education   ☐ Other _____

4. **Describe Safety Planning:** _____

**Follow-up with Target:** scheduled for _____   **Initial and date when completed:** _____

**Follow-up with Aggressor:** scheduled for _____   **Initial and date when completed:** _____

**Report forwarded to Principal: Date** _____

**Report forwarded to Superintendent: Date** _____

(If principal was not the investigator)

**Signature and Title:** _____   **Date:** _____

# Bullying Prevention and Intervention
## INCIDENT REPORTING FORM

| Name(s) of Student(s) Involved: | Reporter: |
| --- | --- |
| | Date/Time of Incident: |

*Please describe the incident to the best of your ability. Note as many details as possible, including the exact location, any quotes that were used, and the names of actual or possible witnesses. Attach additional information as needed. Then, answer the questions below.*

Details of Incident:

Witnesses (if any):

| In your opinion, was this an incident of bullying? (repeated and intimidating in nature) | In your opinion, was this incident provoked by race, color, national origin, ethnicity, religion, sex, sexual orientation, age, or disibility? | Prior to this incident, have you witnessed and had to address similar behavior with any student(s) involved in the incident? If so, note any action that you have taken. Please attach additional information as needed. | |
| --- | --- | --- | --- |
| ☐ Yes | ☐ Yes | ☐ Verbal Reminder(s) | ☐ Call to Parent/Guardian |
| ☐ No | ☐ No | ☐ Detention | ☐ Conference w/Parent/Guardian |
| ☐ Not Sure | ☐ Not Sure | ☐ Student Conference | ☐ Other |

*Please sign and return this from to the Main Office as soon as possible after the incident. After being reviewed by the principal (or designee), you will receive the pink carbon copy. Upon completion of the investigation, you will receive an additional follow-up notice from the Main Office.*

Reporter's Printed Name/Signature: _____ Date: _____

Principal (or designee) Signature of Review: _____ Date: _____

White - Principal's Copy     Yellow - Processing Copy     Pink - Reporter's Copy          rev. 2/16/2011

21

*CPS/CCRSD BULLYING PREVENTION PLAN*

# Exhibit 3

| Item | Question | % Agree | | | |
|---|---|---|---|---|---|
| | | Concord Carlisle High | Secondary | Concord-Carlisle | Massachusetts |
| Q4.1 | Please rate how strongly you agree or disagree with the following statements about community support and involvement in your school. | | | | |
| | a. Parents/guardians are influential decision makers in this school. | 85.9 | 65.0 | 85.9 | 70.9 |
| | b. This school maintains clear, two-way communication with the community. | 81.0 | 80.0 | 81.0 | 84.7 |
| | c. This school does a good job of encouraging parent/guardian involvement. | 90.9 | 81.3 | 90.9 | 86.1 |
| | d. Teachers provide parents/guardians with useful information about student learning. | 96.3 | 89.7 | 96.3 | 93.5 |
| | e. Families help students achieve educational goals in this school. | 96.3 | 57.7 | 96.3 | 62.8 |
| | f. Parents/guardians know what is going on in this school. | 87.2 | 65.7 | 87.2 | 74.8 |
| | g. Parents/guardians support teachers, contributing to their success with students. | 92.7 | 62.0 | 92.7 | 67.7 |
| | h. Community members support teachers, contributing to their success with students. | 93.5 | 64.0 | 93.5 | 68.4 |
| | i. The community we serve is supportive of this school. | 100.0 | 68.8 | 100.0 | 74.0 |

## Managing Student Conduct

| Item | Question | % Agree | | | |
|---|---|---|---|---|---|
| | | Concord Carlisle High | Secondary | Concord-Carlisle | Massachusetts |
| Q5.1 | Please rate how strongly you agree or disagree with the following statements about managing student conduct in your school. | | | | |
| | a. Students at this school understand expectations for their conduct. | 75.0 | 76.4 | 75.0 | 81.3 |
| | b. Students at this school follow rules of conduct. | 72.5 | 61.5 | 72.5 | 69.3 |
| | c. Policies and procedures about student conduct are clearly understood by the faculty. | 55.7 | 72.9 | 55.7 | 76.0 |
| | d. School administrators consistently enforce rules for student conduct. | 13.6 | 53.6 | 13.6 | 62.6 |
| | e. School administrators support teachers' efforts to maintain discipline in the classroom. | 38.5 | 71.9 | 38.5 | 75.7 |
| | f. Teachers consistently enforce rules for student conduct. | 52.6 | 58.1 | 52.6 | 75.5 |
| | g. The faculty work in a school environment that is safe. | 95.1 | 89.7 | 95.1 | 91.3 |

## Teacher Leadership

| Item | Question | % Agree | | | |
|---|---|---|---|---|---|
| | | Concord Carlisle High | Secondary | Concord-Carlisle | Massachusetts |
| Q6.1 | Please rate how strongly you agree or disagree with the following statements about teacher leadership in your school. | | | | |
| | a. Teachers are recognized as educational experts. | 69.1 | 73.0 | 69.1 | 77.1 |
| | b. Teachers are trusted to make sound professional decisions about instruction. | 63.8 | 77.9 | 63.8 | 79.4 |
| | c. Teachers are relied upon to make decisions about educational issues. | 44.2 | 71.3 | 44.2 | 75.3 |
| | d. Teachers are encouraged to participate in school leadership roles. | 78.5 | 79.3 | 78.5 | 82.0 |
| | e. The faculty has an effective process for making group decisions to solve problems. | 26.3 | 49.9 | 26.3 | 57.6 |
| | f. In this school we take steps to solve problems. | 50.0 | 66.7 | 50.0 | 72.6 |
| | g. Teachers are effective leaders in this school. | 71.6 | 72.5 | 71.6 | 77.6 |

| Q6.5 | Teachers have an appropriate level of influence on decision making in this school. | 27.8 | 46.5 | 27.8 | 53.2 |

## School Leadership

| | | % Agree | |
|---|---|---|---|
| | | Concord Carlisle | Concord- |

# Exhibit 4

Concord Police Department Full Dispatch Log
Call Number
Printed: 11/01/2012

Page: 1

Date: 02/10/2012 - Friday

| Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 12-1892 | 1431 | Walk-In - Suspicious Activity | Police Information | 3 | |

Call Taker: 718 - Landers, Richard
Call Modified By: 33 - Connell, Joseph
Location/Address: [CON 6467] CCHS - 500 WALDEN ST
Party Entered By: 02/10/2012 1433 718 - Landers, Richard
Calling Party: HANKEY, ISABELLA @ 106 KONING FARM RD - CARLISLE, MA 01741-1446 978-369-0374
ID: SSN: 021786263  DOB: 10/05/1994  Race: W  Sex: F
718 - Landers, Richard
Disp-14:37:15                    Arvd-14:37:17  Clrd-14:37:18
Narrative: 02/10/2012 1433 Landers, Richard
Modified By: 02/10/2012 1437 Landers, Richard
Isabella Hankey walked into station lobby to report past
suspicious activity involving feces smeared on the driver's
side door of her car while parked at CCHS Thurs 2/9/12. RP
believes incident occurred sometime between 1230-1430 hrs.
Involved vehicle described as Ford Escape color silver, no
plate given. Material was cleaned off by RP, no permanent
damage. Police information only.

# Exhibit 5

| From: | 👤 Caryn Haskins |
|---|---|
| Subject: | Re(3): Fwd: IH and EL |
| To: | 👤 Alan Weinstein |
| Cc: | 👤 **Michael Lonergan**   👤 Jessica Truslow   👤 Tom O'Connor |

Great- thanks Alan!

**Alan Weinstein writes:**
Caryn,
        Will catch you up when I can. Suffice it to say, I'm am totally on top of it.

**Caryn Haskins writes:**
Hi All,
I just wanted to check in on this situation to see if it has been addressed?
Thanks,
Caryn

**Caryn Haskins writes:**
Mike,
Thank you very much for bringing this information to our attention.

Alan and Jess- Do you know anything about this or have you been involved at all up to this point?

-Caryn

Caryn Haskins
School Counselor
Concord-Carlisle High School
978-341-2490

----- Original Message -----

Belle and Eva came by my classroom today to vent and talk about the past few days. I wanted to try to advocate for them, but also double check the "adult side" to the story as I am concerned about the side they are giving me.

The short of their story is that they have been victimized through vandalization twice to vehicles in the student parking lot and once to a family home. They state that they have gone to administration and to Officer Camilleri. In all of their attempts they have been met with "what did you do to deserve this?" and "give us names". Never once did they say that the school promised to support them and help make this environment safe for them. They clearly do not think that this building will support their issues right now.

As I said, I am writing this to advocate for the students, but also to get another side of the story. I am hoping that the school is helping and is doing what it can to protect these students.

Finally, I am ultimately writing this to you, as I feel very uncomfortable knowing this information and not reporting it properly, as I feel like this is exactly the behavior that this state and this community have been taking a very serious and strong stance on this school year. I worry that if this gets worse, and I know, that I could be held responsible for not helping these two girls.

The stories that I heard from Belle and Eva do not sound like harmless teenage behavior, it sounds like it has gone way beyond fun and games.
Mike

Michael Lonergan
Concord-Carlisle Reg. High School
Mathematics Department
https://ma-concord.myfollett.com/aspen/logon.do (grades)
http://concordcarlislemoodle.net/ (homework & extra practice)

The contents of this e-mail, and any attached documents, are subject to Public Records Law, M.G.L. Ch. 66,10.

Caryn Haskins
School Counselor
Concord-Carlisle High School
978-341-2490

Caryn Haskins
School Counselor
Concord-Carlisle High School
978-341-2490

# Exhibit 6

Concord Police Department

Page: 1

**NARRATIVE FOR DETECTIVE SCOTT J CAMILLERI**

Ref: **12-3067-OF**

---

THE FOLLOWING IS A SUMMARY OF EVENTS FOR INCIDENT 12-3067-OF:

On 03/08/12 I, Detective Scott Camilleri, met Junior students Isabella (Bell) Hankey and ████████████ in the Main Office of Concord Carlisle High School (CCHS). Bell reported to me that her vehicle was just vandalized in the CCHS student parking lot. Bell stated the "Cunt" was keyed into the rear fender of her vehicle. I advised Bell I would meet her in the parking lot so I could photograph the damage.

In the CCHS parking I observed Bell's vehicle, MA registration: 851MA5 a grey 2009 Ford Escape (registered owner-Debra Hankey). On the left rear bumper I observed the key marks. Bell said she arrived at school this morning for the first two blocks, then left for the three blocks and came back approximately at noon. When she returned to her vehicle at at approximately 1220 hours she observed the key marks. Bell said the vehicle was fine when she arrived at CCHS at approximately noon. I inquired to Bell if she had any idea who may have keyed her vehicle and she said no. Note, this is the third incident Bell has had regarding damage to her vehicle. Reference 11-15070-OF and 11-1892. Photographs attached to report.

Det. Scott Camilleri #32

# Exhibit 7




**The Carlisle Police Department**
*Chief John Fisher*
*41 Lowell Street*
*Carlisle, MA 01741*
*(ph) 978-369-1155 (fax) 978-369-1819*

# OFFICERS FORMAL REPORT

```
Case#:  135894
 rpt date: 05/13/12 20:17          reported: SUNDAY      05/13/12 18:25
    ucr: 290  VANDALISM-DESTRUC/DAMAGE PROP*
```

```
 location: 343 BEDFORD RD  and  KIMBALL'S
   follow up by: (N)ONE NEEDED          case status:  OPEN
        officer:                     rpt status:  COMPLETED
                                   review officer:
comp/vict notify: No             sup review officer: 103 LT CROWE
cir/involve type:
```

---

complaint: PAST VANDALISM / REPORT TAKEN

```
reporting officer: 109 OFF SAPONARO       assignment: C      car: U16
  second officer: 106 SGT WHELAN         sup/back-up:
```

```
                       *** NAMES ***
    type   mast#  name/add                  phone      dob       ss#
    ======= ====== =========================== ========= ======== ==========
  INVOLVED 001391 HANKEY,ISABELLA R


VEH OWNER 001390 HANKEY,DEBRA L


REPORTING 001393 HANKEY,MARK B
```

```
                      *** PROPERTY ***
    prop.type      make         mod/style   color     ser#/vin#
    =========== ============= ============ ======= ==================
DESTROYED/D D  rpt'd: 05/13/12 class: 03 qty:     1.00
   VEHICLES,AUTO 2009 FORD        UTILITY    GRAY    1FMCU59349KC21402
     id/desc: 4-DOOR UTILITY VEHICLE      value:    $0 ncic:
       reg #: MA 851MA5
  control #:                bin #:                analy #:
   gen note: SCRATED PASSENER SIDE DOOR ( # PATHEDIC)
   rt/dest: 05/13/12  INCIDENT HAPPENED BETWEEN 1-6 P.M. KIMBALLS LOT
  -----------
```

---

## *** NARRATIVE ***

ON MAY 13, 2012 AT APPROXIMATELY 1825 HOURS, I OFFICER DEBRA SAPONARO, WAS
NOTIFIED THAT A PARTY WAS IN THE LOBBY REGARDING A PAST VANDALISM.  UPON
ARRIVAL I SPOKE WITH ISABELLA HANKEY, WHO IS A JUNIOR AT THE CONCORD/CARLISLE
HIGH SCHOOL, AND HER FATHER, MARK HANKEY, FROM 106 KONING FARM ROAD, CARLISLE
MA. MR HANKEY REPORTED THAT SOMETIME BETWEEN 1300 AND 1800 HOURS, WHILE HIS

DAUGHTER ISABELLA WAS AT WORK, THEIR GRAY 2009 FORD ESCAPE, WITH MA REG 851MA5,
REGISTARED TO DEBRA HANKEY WAS VANDALIZED. ISABELLA HAD DRIVEN THIS VEHICLE TO
WORK AT KIMBALLS ICE CREAM AT 343 BEDFORD ROAD, CARLISLE MA. WHEN SHE WAS
LEAVING WORK AT 1800 HOURS SHE OBSERVED A HASH SIGN (#)AND THE WORD "PATHETIC"
SCRATCHED INTO THE PASSENGER SIDE DOOR. SHE STATED HER VEHICLE WAS PARKED IN
THE FRONT ROW ON THE BEDFORD ROAD SIDE, AND DUE TO THE HEAVY CROWDS SHE WAS NOT
ABLE TO SEE HER VEHICLE DURING HER WORKING HOURS. MR HANKEY ALSO REPORTS THAT
THIS IS THE FOURTH INCIDENT OF VANDALISM TO THIS SAME VEHICLE SINCE OCTOBER 06,
2011. THE PRIOR THREE INCIDENTS OCCURRED AT THE CONCORD/CARLISLE HIGH SCHOOL
PARKING LOT. THE FIRST INCIDENT, THE HOOD OF THE VEHICLE WAS SCRATCHED. THE
SECOND INCIDENT, SOMEONE HAD SMEARED FECES ON THE VEHICLE. THE THIRD INCIDENT,
THE WORD "CUNT" WAS SCRATCHED INTO THE BACK OF THE CAR.  WHEN ISABELLA WAS
ASKED IF SHE THOUGHT SHE KNEW WHO WAS DOING THE VANDALISM, SHE STATED SHE
WASN'T SURE, BUT SHE THOUGHT IT COULD BE A CLASSMATE, MADDISON CREIGHTON, FROM
SCHOOL STREET IN CARLISLE. ISABELLA STATES ALTHOUGH THERE WAS NOT A PARTICULAR
INCIDENT BETWEEN HER AND MADDISON THERE IS SOME ANIMOSITY  AND TENSION BETWEEN
THE TWO GIRLS.  ISABELLA ALSO REPORTS THAT BACK IN JANUARY A FRIEND HAD READ A
POSTING THAT MADDISON HAD PUT ON TWITTER IN REGARDS TO ISABELLA THAT ALSO HAD
THE HASH SIGN AND THE WORDS PATHETIC.  PRIOR INCIDENTS WERE REPORTED TO BOTH
THE CONCORD POLICE DEPARTMENT AND THE CONCORD/CARLISLE HIGH SCHOOL.  PHOTOS
WERE TAKEN OF THE DAMAGE.

SGT WHELAN WILL CONTACT THE CONCORD CRIMINAL BUREAU.
=======================================================================
CASE STATUS : OPEN ( )   SUSPENDED ( )   UNFOUNDED ( ) CLOSED ( )
CLOSED BY : ARREST MADE ( ) CRIM COMP APP ( ) ARR WARR APP ( )
REF FOR PRIV COMP ( ) REF TO OTHER AGENCY ( )
RESOLVED NO FURTHER ACTION REQUIRED ( )
OTHER: DOMESTIC ( ) CHILD ABUSE/NEGLECT ( ) HATE CRIME ( )
ALCOHOL ( ) DRUG/NARCOTICS ( ) GANG RELATED ( )
REPORTING OFF'S SIG       DATE/TIME      OIC SIGNATURE          DATE/TIME

_____ 5-14-12      _____ 5.14.12

# Exhibit 8




### The Carlisle Police Department
#### Chief John Fisher
#### 41 Lowell Street
#### Carlisle, MA 01741
#### (ph) 978-369-1155 (fax) 978-369-1819

# OFFICERS FORMAL REPORT

Case#: 136005
```
 rpt date: 05/17/12 10:30              reported: THURSDAY    05/17/12 08:12
     ucr: 290  VANDALISM-DESTRUC/DAMAGE PROP*

location: 343 BEDFORD RD
    follow up by: (N)ONE NEEDED            case status:  OPEN
        officer:                           rpt status:   COMPLETED
                                         review officer:
comp/vict notify: No               sup review officer: 103 LT CROWE
cir/involve type:
```

complaint: DAMAGE TO MOTOR VEHICLE/UNDER INVESTIGATION

```
reporting officer: 127 INSP BOOTH          assignment: B      car: U6
   second officer:                         sup/back-up:
```

### *** NAMES ***

```
    type   mast#  name/add                   phone    dob      ss#
========= ====== ==========================  =======  =======  ==========
INVOLVED  001391 HANKEY,ISABELLA R

REPORTING 001390 HANKEY,DEBRA L
```

### *** PROPERTY ***

```
    prop.type     make      mod/style  color   ser#/vin#
============== =========== ========== ======  ====================
DESTROYED/D D  rpt'd: 05/17/12 class: 03 qty:      1.00
    VEHICLES,AUTO  FORD      ESCAPE     GRAY    1FMCU59349KC21402
    id/desc:                          value:     $0 ncic:
       reg #: MA 851MA5             001391 - ISABELLA HANKEY
    control #:            bin #:                analy #:
    gen note: REAR GATE OF VEHICLE KEYED
```








## *** NARRATIVE ***

On May 17, 2012 at approximately 0812 hours, I (Insp. Andrew Booth) received a phone call from Debra Hankey (10/16/63) of 106 Koning Farm Road. Mrs. Hankey advised me immediately that "it happened again last night" over the phone. She advised her daughter's, Isabella Hankey (10/5/94), car had been keyed again with the word "retard" on the rear of the vehicle at the bottom of the rear hatch door. I asked Mrs. Hankey where the car and her daughter were now and she advised at Concord Carlisle High School (CCHS). I asked if she and her daughter could come to the police station so I could look at the damage or if I could meet them at the school. Mrs. Hankey advised that her daughter had free periods this morning and they would be in then.

Later that morning I spoke with Isabella in the library of the police station. I asked her who she thought could be doing this and she became upset and said she had no idea. I asked her if she had any kids at school that wanted to get back at her for any reasons and she said none at all. She was asked about any boyfriends and she said she didn't have one and only had one in the past but they ended their relationship amicably. She advised that she worked at Kimball's at different nights and she said she got along well with all of her coworkers. She was asked how her relationship was with her parents and she said they got along very well and had no issues at all. This was also confirmed when I spoke with her mom.

Isabella advised me that there have been several other incidents that took place with regards to her vehicle. She advised that she got the vehicle for her 17th birthday in October. When she first got the vehicle someone keyed the hood of the car in Concord. She advised that in early January someone had wiped human feces on the driver's side door. In March or April someone keyed the word "cunt" on the bumper of the vehicle and most recently on 5/13/12 at Kimball's someone keyed the word "pathetic" into the car (see Case #135894).

After speaking with Isabella we went out to the parking lot of the police station where photographs were taken of the damage.

At the time of this report there are no suspects.

I contacted Detective Scott Camilleri of the Concord Police Department to advise him of this latest incident.

This case remains open

CASE STATUS : OPEN ( )  SUSPENDED ( )  UNFOUNDED ( ) CLOSED ( )
CLOSED BY : ARREST MADE ( ) CRIM COMP APP ( ) ARR WARR APP ( )
REF FOR PRIV COMP ( )  REF TO OTHER AGENCY ( )
RESOLVED NO FURTHER ACTION REQUIRED ( )
OTHER: DOMESTIC ( ) CHILD ABUSE/NEGLECT ( ) HATE CRIME ( )
ALCOHOL ( ) DRUG/NARCOTICS ( ) GANG RELATED ( )
REPORTING OFF'S SIG.  DATE/TIME      OIC SIGNATURE        DATE/TIME

_____  _____    _____   _____

# Exhibit 9

**Concord Police Department**                                                        Page: 1

NARRATIVE FOR PATROL OFFICER DAMON C REINOLD

Ref: **12-7054-OF**

On 5/30/12 at approximately 1430HRS while assigned as the desk officer, I took a report on Mal. Dest. to a MV. The RP Debra Hankey said her MV Ma. Reg.851MA5, which was operated by her daughter Isabella Hankey, had earlier in the day been vandalized at the Sorrento's parking lot. Debra Hankey stated the MV had the phrase "HAHA" scratched into the driver's side front quarter panel. (SEE PHOTOGRAPHS) Debra stated that this type of vandalism and harassing behavior to her daughter has been ongoing since October 2011. Debra said Det. Camilleri has been working with the Isabella Hankey and her family since October because the incidents have originated at CCHS.

A short time later, I spoke with Isabella and Debra along with Eva Leibbrandt in the conference room. I asked her to tell me what had occurred today. Isabella said she left her house in Carlisle around 1130HRS to pick up her friend ████████ at CCHS to get some lunch at Sorrento's. Isabella said she was at school earlier in the morning and decided to go home after class because she had two free periods. Isabella said she picked up ███ just before noon and drove to Sorrento's and parked infront of the UPS store in the last parking spot closest to Bedford Farms Ice Cream store. Isabella said t went inside for approximately 5 mins and when they came out, she noticed the phrase "HAHA" scratched into her her driver's side front quarter panel. Isabella said after noticing it she ran into the Bedford Farm Ice Cream store and asked if they had cameras. They told her no. Isabella said she went into the UPS store and asked if they had seen anything. They also said no. I asked Isabella if she was positive the damage occurred during that time period while she was at Sorrento's. She said yes.

I asked ████████ if she could describe to me what happened. ████████ said she and Isabella decided to go to S█ ███tos to go for lunch today around noon. ████████ said Isabella picked her up at around 1155HRS. Leibbrandt then checked her phone, which indicated that she called Sorrento's at 1205HRS to order lunch. ████████ said they parked in the parking lot and then went inside to get the order. When they returned to the car, that was when Isabella noticed the damage. Leibbrandt said she and Isabella began to go to the surrounding stores to search for witnesses.

I asked Isabella if she had any suspects at this time. Isabella said she did not have any obvious suspects in mind. Isabella said she has not had any conflicts with anyone in school or with anyone at her work in Carlisle.

I advised Isabella and Debra that I would follow-up with more of the surrounding stores tomorrow to check for surveillance.

Case remains open.

SUPPLEMENATL #1 FOR PATROL OFFICER DAMON C REINOLD

Ref: 12-7054-OF

As a follow-up to the above case, on 5/31/12 at approximately 0900HRS I was able to view surveillance footage from The Depot train station. The video surveillance is at the outer limits of the camera, which shows the victim's vehcile arrive at the Sorrento's parking lot for approximately five minutes. During that time period, it was difficult to determine if any one had gone near the car or had damaged the car.

I contacted Det. Forten who later in the day reviewed the video and eventually made copies of the times in question.

I advised Debra Hankey what I was able to observe in the video surveillance and what I would be do to follow up with tomorrow. Hankey said she understood.

Case remains open.

Concord Police Department                                Page: 1

SUPPLEMENTAL # 2 FOR PATROL OFFICER DAMON C REINOLD
Ref: 12-7054-OF

---

As a follow-up to the above case, on 6/1/12 Det. Forten and I again reviewed the video surveillance. After several viewings, we were able to determine that no other person(s) walked by or approached the victims vehicle.

At approximately 1200HRS Debra Hankey came to the CPD and also reviewed the surveillance video and came to the same conclusion.

No new suspects or information was developed during this investigation. All information forwarded to Det. Camilleri. Case remains open.

# Exhibit 10



# Exhibit 11

**NARRATIVE FOR DETECTIVE SCOTT J CAMILLERI**

Ref: 12-7205-OF

THE FOLLOWING IS A SUMMARY OF EVENTS FOR INCIDENT 12-7205-OF:

On Friday 06/01/12 I, Detective Scott Camilleri, received a cell phone call from Barry Haley, Athletic Director for Concord Carlisle High School (CCHS). Mr. Haley said he just received information from CCHS softball coach Lisa McGloin that one of her players, Isabella (Belle) Hankey, observed a graffitti threat against her (Belle). The threat, "KILL BELLE" was written/marked into the girls locker room bathroom stall. Mr. Haley said Belle was currently with assistant soft ball coach Cricket McCaffrey.

At CCHS I met with Belle, Ms. McCaffrey and Ms. McGloin. They advised that Mrs. Hankey was enroute. Belle stated the following; Belle was in the locker room after school getting ready for softball practice. At approximately 1440 hours Belle walked down to softball practice. Belle returned to the girls locker room to use the bathroom. At this time Belle observed the writings on the bathroom stall. Belle said she then went to the practice field and told teammate█████████████████and███then went to the bathroom and███ observed the markings. They returned to practice and informed Coach McGloin.

Ms. McCaffrey stayed with Belle and Coach McGloin and I went to the girls locker room. Coach McGloin confirmed no females were in the locker room and I entered with her. She then showed me the writings. On the stall I observed "KILL BELLE" marked into the stall wall. I photographed the markings which are attached to this report. We checked the remaining stalls and no further graffitti was located. The markings, although decent size, were not obvious to me when you first enter the stall due to the shadows.

CCHS Principal Peter Badalament and I met with Mark Hankey and Deb Hankey in Mr. Badalaments office. Mr. & Mrs. Hankey were understandably upset. We discussed safety precautions for Belle and any suspects. As in the previous incidents, Belle and her parents, have no idea who may be keying her vehicle or now who made this threat.

I contacted Inspector Andrew Booth of the Carlisle Police Department. I advised him of this incident and requested an extra eye (patrol) on the Hankey residence. Inspector Booth said he would advise the patrols.

No further information

Det. Scott Camilleri #32


06/04/12 Det. Camilleri;
0700 hours I met with Mr. Badalament and Diana Rigby, Superintendent of CCHS. No new information was ascertained. Mr. Badalament printed Belle's school schedule and provided me and School Monitor Ken Kopleman with copies. Ken was assigned to discreetly monitor/follow Belle during the school day. I advised Ken to call my cell when Belle left school (open campus).

I spoke via phone with Coach McGloin, as she planned to speak with the softball team over the weekend. Coach McGloin had no information.

At approximately 1045 hours at CPD I met with█████████and her farther,█████████regarding this incident. A few weeks ago Carlisle PD spoke to█████about Belle's vehicle being keyed at Kimball's Ice Cream. Later that week I too spoke with█████. Belle (and her parents) had advised Carlisle PD and me that

over the years there has been a rivalry/competition between Belle and ▇▇▇▇ Belle and Mr.& Mrs. Hankey did not actually accuse ▇▇▇▇ but did have concerns. Both times I spoke with Maddy she denied any involvement.

This morning Mr. Badalament sent out a Connect-Ed message to the school community advising that a threat was found Friday afternoon, and school officials were working with police officials.

At 1130 hours Mr. Badalament held an Incident Management Team meeting at the CCHS main office. Lt. Leo Crowe from the Carlisle Police Department was also in attendance. The IMT personnel were briefed on the incident.

At approximately 1300 hours at the Concord Police Department Lt. Roy Mulcahy, Detective Sergeant Joe Morahan, Lt. Crowe (Carlisle PD), and I met with Mr. & Mrs. Hankey. We brain stormed regarding who could be involved and no further information was revealed. I informed the Hankey's that I had wanted Belle to park over by the cafeteria/maintenance area because a camera had been installed. Mr. & Mrs. Hankey said they wanted to make things as normal as possible for Belle. They now have a camera in a vehicle which they will park at CCHS near where Belle parks. Mrs. Hankey also said Belle was going to leave her vehicle there for the day, and get a ride from a friend if they decided to leave CCHS for lunch etc.

At the end of school I briefly spoke with ▇▇▇▇ asking if she knew anything about the incidents involving Belle Hankey. ▇▇ said she did not know anything.

06/▇▇/12 Det. Camilleri;
0730 hours met with Mr. Badalament, no knew information.

I received a voice mail message call from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ One posting said "Officer Scott stop your clueless" and the second "your pathetic". ▇▇▇▇ would print the postings and forward them to me. This was probably in repsonse as I had spoken to ▇▇ on Monday. Copies of postings included in this report.

Thursday 06/07/12 another written threat was found in the H-Building girls bahtrooms. The threat was first found by ▇▇▇▇▇▇▇▇, who was with Belle, along with four other girls. Reference 12-7490-OF.

# Exhibit 12

# Exhibit 13

**Concord Police Department**
### NARRATIVE FOR DETECTIVE SCOTT J CAMILLERI
Ref: 12-7490-OF

THE FOLLOWING IS A SUMMARY OF EVENTS FOR INCIDENT 12-7490-OF:

On 06/07/12 at approximately 1138 hours I, Detective Scott Camilleri, received a cell phone call from Concord Carlisle High School (CCHS) Assistant Principal Alan Weinstein and then CCHS Softball coach Lisa McGloin. Both reported a written threat in the girls bathroom involving Isabelle (Belle) Hankey. This was the second threat on Belle in less than a week.

In the main office I met briefly with Dr. Weinstein, then Science teacher, Christine McCaffrey-Clark brought me to the bathroom in question. Ms. McCaffrey-Clark cleared the bathroom, as student ████████ We learned that ████████ had just used the stall where the threat was written. We asked ██████ if she noticed anything inside the stall and she stated no.

Inside the bathroom stall, Ms. McCaffrey-Clark showed the writings; "Belle's Dead at 9:15". I photographed the writings with the cruiser camera. No other markings were found. We had maintenance secure the bathroom.

Ms. McCaffrey-Clark and I returned to the main office and met with Principal Peter Badalament, Mrs. Hankey, Isabelle (Belle) Hankey and ████████ The following was reported;

At approximately 1130 hours ████ and Belle were using the bathroom each one using the stall. Also in the bathroom were ████████████████████████ At this time ████ observed the writing and st██ \oh my God and almost had trouble breathing, ████ then told Belle and showed the girls the writings. One of the girls called Coach McGloin and others reported it to Ms. McCaffrey-Clark and Dr. Weinstein. I asked ██ and Belle if that was a bathroom they always use and they stated they use it just like they use any other bathroom. I asked if the "9:15" meant anything and they said no. Belle and Eva said ████████████ was leaving the bathroom when they were entering. ████ and Belle said they have no idea who may have done this. Ms. McCaffrey-Clark then escorted Belle back to class (Belle's requested to go to class).

Detective James Forten arrived with the crime scene camera and photographed the writings. Detective Robert Shea attempted to process the stall, but there was nothing to process, negative results.

Mr. Badalament called for an Incident Management Team (IMT) meeting for an update. It was decided to obtain hand writing samples for Junior and Sophomore girls. Especially for ones that may have had an issue with Belle in the past; ████████████████ (names that had come up before ████████████ were spoken to). Mr. Badalament put out a Connect-Ed message to the school community advising of the new threat. The message contained an anonymous email address for reporting any leads. At the beginning of the first block tomorrow an announcement will be read in each class, followed by a discussion urging students to report any relevant information.

Maintenance staff to check all bathrooms during the night shift.

Follow up meeting 06/08/12 0700 hours CCHS office conference room.

D██ █cott Camilleri #32

**Concord Police Department**
**NARRATIVE FOR DETECTIVE SCOTT J CAMILLERI**
Ref: 12-7490-OF

6/08/12 Det. Camilleri;

0700 hours IMT meeting in main office conference room. Statement to be read during first block distributed to faculty. It was learned that Lisa McGloin was escorting Belle around to her classes. Initially it was going to be sped tutor Daniell Israel. Ms. Israel assisted as needed. School Monitor Ken Kopelman also assisted as needed.

I spoke with ████████ who stated she was in the bathroom, but did not use a stall, ███ said she used the mirror to put on makeup. I also spoke with ████████████, and ████████ who also used the bathroom. None of them observed the writing or observed anyone/anything suspicious.

Dr. Weinstein and I met with ████████ regarding this incident, as again Margot's name came up as knowing who may have keyes Belle's vehicle or who may be making the threats ████ said she has no idea why her name came up and said she does not know who may be doing this. Note, I spoke with ████████ prior to speaking with ████ and he said he was aware of the incidents due to Mr. Badalaments Connect-Ed messages.

████████ came to the main office to speak with Mr. Badalament. I had placed a phone call to ████ ████████ that I too would like to speak with ████ After speaking with Mr. Badalament I advised ████ that I had a called her mother about speaking to her ████████ left the office area and then came into the conference requesting to meet with me. Also present was Guidance Counselor Alison Furey. I advised ████ that I was waiting to hear back from her mother ████ said she wanted to talk to me about everything that is going on and that she is not involved. ████ was upset and at one point started to cry ████ was upset because her friends were being questioned and her personal life discussed. I advised ████ that her name came up weeks ago regarding the car keying incidents because she was dating ████████████. Allegedly he was also attempting to date Belle Hankey and the rumor was that ████ was upset at Belle. I advised ████ due to the continuation and seriousness of the incidents I have to act on any lead and ask questions. ████ again said she is not involved and was absent yesterday when the threat was written. I informed ████ that I did confirm that she was absent yesterday. ████ then got up and left the conference room slamming the door behind her. I did have a follow up conversation with ████████

I spoke with ████████ who stated: ████████████████████ where in the cafe. They left the cafe and met Belle and ████ in the H-building hallway outside of guidance. They were meeting to celebrate ████████ As they walked to the end of the hallway, ████ and Belle, said they had to go to use the bathroom. All (or most) of the girls were inside the bathroom and ████ was inside the stall and started to have a panic attack. ████ said something similar to "I am going to throw up". ████ then exited the stall and then girls went and observed the writing ████████ said Belle seemed more shocked and angry than sad, and ████ was really upset.

At approximately 1300 hours I received a cell phone call from Ms. Furey advising another graffitti writing was found in the A-Building bathroom. This marking stated "DONT BELLE". Reference 12-7561-OF.

06/11/12 Det. Camilleri;

0700 hours met with Mr. Badalament, no new information. Updated Mr. Badalament about hopefully having c█████ as installed by Tuesday evening.

0800 hours spoke to Mrs. Hankey who advised her nephew ████████ text her inquiring if she had any new information. Mrs. Hankey also said she heard from various parents that there is a rumor among the students that

Belle is actually doing this herself. Mrs. Hankey said she hopes Belle does not hear that rumor. I advised Mrs. Hankey that I too have heard that rumor on Friday. I advised Mrs. Hankey that several sophomore girls met with Mr. Badalament regarding they feel they are being unfairly accused or targeted. I advised Mrs. Hankey that many other girls feel the same way. Mrs. Hankey said they have a different vehicle with a camera recording Belle's vehicle.

1500 hours I met with Det. James Forten regarding placing camera's outside, at least four maybe five of the girls bathrooms. Maintenance to prep wire/power Det. Forten will place cameras Tuesday evening.

06/12 Det. Camilleri;
Mr. Badalament said he met with student ████████ ████████ said he heard students from Ms. Murrays (social worker) class that ████████ said ████ keyed Belle's vehicle ████ did not hear it directly from ████.

06/13/12 Det. Camilleri;
In the morning I met with Mr. Badalament, no new information.

Message left for CCHS electrician Bob to advise when power source for cameras was complete.

Spoke to ████████ he stated same comments he told Mr. Badalament ████ did not hear m ████ the comments, but heard other students say ████ made comments that ██ keyed Belle's vehicle.

Spoke to ████████ regarding third graffiti writing "Dont Belle" who found in A-building bathroom on 06/08/12. Reference 12-7561-OF. Hanna said she and ████████ were using the bathroom and when she looked at the bathroom stall door observed "Dont Bell" in pretty big letters. Hanna then told ████ about and ████ looked at it. Hanna said she had no idea who may have written it. I asked ████ what she thought "Dont Bell" meant and she said she did not know. Then ████ said maybe someone was making a joke about the incident

06/18/12 Det. Camilleri;
At approximately 1200 hours I met with ████████ and her mother ████████████ at the Concord Police Department. I advised ████ and ████████████ that I would like to read ████ her Miranda rights ████ was a little surprised and asked if that was necessary. I explained that it was for ████ protection as well as my own. I could see ████████ was uncomfortable and I said I would not read them, but reminded them they could leave at anytime. I was then joined by Officer Damon Reinold. We advised ████ that her name continually comes up as either involved or knowing something regarding Belle Hankey's keyed vehicle and/or the written threats. ████ said she was not involved, did not do anything, and does not know anything. Officer Damon asked ████ if she socialized with Belle and she stated not really. Officer Damon reminded ████ about a birthday party sleep over that ████ had last June. Belle Hankey, ████████, ████████ and ████████████ attended a birthday party at ████ fathers house. All slept over except for ████████. Officer Reinold asked ████ if anything happened that night and ████ said no, that she could remember as it was a while ago. Officer Reinold reminded ████ that after Belle fell asleep someone took her (R   s) phone, which was open to her Facebook page, and posted inappropriate comments and a photo. There was a photo of Belle sleeping and a posting reference Belle just got through with her Dildo. There was also a posting (photo) of a feces in a toilet. ████ said at first said she did not know anything about it, then said that Facebook postings like that happen all the time. ████ stated she was friends with ████, and ████ is friends

ith the other invited girls and thats why they were at her house. Lea later said ▉▉▉ is the one who did the Facebook postings. I asked ▉▉ about a twitter posting of the word pathetic as that was one of the words written on Belle's vehicle. ▉▉ said she uses that word often, but would not and it did not key Belle's vehicle. We then explained to ▉▉ that several weeks ago ▉▉▉▉ told several students in a classroom that ▉▉▉ did the keying. I asked ▉▉ if she considered ▉▉▉ a friend and ▉▉ said yes. I advised ▉▉ that ▉▉▉ has since backed tracked to several students that she ▉▉▉ was misunderstood. I said ▉▉▉ either knows something or is throwing ▉▉ under the bus. ▉▉ said she did not know ▉▉▉ made those comments. ▉▉ was upset and I asked her not to contact ▉▉▉ in anyway, Facebook, text, twitter, etc. As we planned on meeting with ▉▉▉ again. We thanked ▉▉ and ▉▉▉▉▉▉ for coming in and speaking with us.