UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 13-11870 JLT

| |
|---|
| ISABELLA HANKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF CONCORD-CARLISLE, CONCORD-CARLISLE SCHOOL DISTRICT, DIANA RIGBY, in her official and individual capacities, PETER BADALAMENT, in his official and individual capacities, and ALAN WEINSTEIN, in his official and individual capacities,<br><br>    Defendants |

## DEFENDANTS' LIST OF EXPECTED DEPONENTS

1. Individuals Defendants Expect to Depose:

    1. Isabella Hankey;

    2. Mark Hankey;

    3. Debra Hankey;

    4. Eva Leibbrandt;

    5. Helmut Leibbrandt;

6. Monica Leibbrandt; and

7. Person or Persons who provided treatment for Isabella Hankey for her psychological and physical distress allegedly arising out of the incidents described in her complaint.

>Respectfully submitted,
>The Defendants,
>By their attorneys,
>
>/s/ Leonard H. Kesten
>Leonard H. Kesten, BBO# 542042
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100
>lkesten@bhpklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

>/s/ Leonard H. Kesten
>Leonard H. Kesten, BBO# 542042

Dated: January 3, 2014