UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ISABELLA HANKEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-11870-JLT |
| | * | |
| TOWN OF CONCORD-CARLISLE, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

January 7, 2014

TAURO, J.

After a Scheduling Conference held on January 7, 2014, this court hereby orders that:

1. The Parties may conduct the following depositions:

   a. Plaintiff: (1) Diana Rigby; (2) Peter Badalament; (3) Alan Weinstein; (4) Officer Scott Camilleri; (5) Michael Lonergan; (6) Caryn Haskins; (7) Lisa McGloin; (8) Cricket McCaffrey; (9) Christine DeBruzzi; (10) Claudia Dellovo; (11) Matthew Goldberg; and (12) Ellen Chambers.

   b. Defendants: (1) Isabella Hankey; (2) Mark Hankey; (3) Debra Hankey; (4) Eva Leibbrandt; (5) Helmut Leibbrandt; (6) Monica Leibbrandt; and (7) Persons who provided treatment for Plaintiff for her psychological and physical distress allegedly arising out of the incidents described in her Complaint.

2. The above-listed depositions shall be completed by June 30, 2014.

3. The Parties may exchange requests for document production, should they prove necessary.

4. No further discovery is allowed without leave of this court.

5. A further conference is scheduled for July 15, 2014 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge