UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Standing Order Regarding Motion Practice</u>

May 30, 2014

TALWANI, D.J.

1. Counsel are reminded of the page limits set forth in Local Rule 7.1(b)(4).

2. Counsel shall provide **one** courtesy copy to the District Court Clerk's Office of affidavits and other documents setting forth or evidencing facts submitted pursuant to L.R. 7.1(b)(1) if such filings in connection with a particular motion exceed twenty pages (exclusive of the length of the memorandum). Counsel shall include exhibit tabs with such courtesy copies.

3. Courtesy copies must be stamped or otherwise prominently marked as follows:

    "COURTESY COPY – DO NOT SCAN, Original Filed Electronically"

4. Courtesy copies shall be delivered to the District Court Clerk's Office within three business days of the electronic filing.

IT IS SO ORDERED.

                                                   /s/ Indira Talwani
                                                   United States District Judge