UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ISABELLA HANKEY,
    Plaintiff,

v.                                                           Civil Action No. 13-cv-11870-IT

TOWN OF CONCORD-CARLISLE,
CONCORD-CARLISLE SCHOOL
DISTRICT, DIANA RIGBY, in her
official and individual capacities,
PETER BADALAMENT, in his official and
individual capacities, ALAN WEINSTEIN,
in his official and individual capacities,
    Defendants.

TALWANI, D.J.

## JUDGMENT

Defendants' Motion for Summary Judgment (docket entry 34, was allowed for the reasons set forth in the court's MEMORANDUM of September 30, 2015 (docket entry 79). Therefore, **JUDGMENT ENTERED FOR THE DEFENDANTS.**

**SO ORDERED.**

October 9, 2015                                      /s/Indira Talwani
                                                                     **United States District Judge**